# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MARK AESCHT and ANA BARRIENTOS,**

    **Plaintiffs,**

v.                                                                     **Case No: 8:22-cv-1383-MSS-AAS**

**ARBOR CONTRACT CARPET, INC.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiffs' Notice of Voluntary Dismissal, (Dkt. 11), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions as moot and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 25th day of August 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party